AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ANGELEE HARDY,

        Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-00619-TC-DBP

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed without prejudice, except for Plaintiff's retaliation claim as it relates to adverse employment actions that may have occurred before the 300-day look-back period, which is dismissed with prejudice.

June 26, 2023

*Date*

BY THE COURT:

_Tena Campbell_
U.S. District Judge Tena Campbell